Peter H. Mason, Bar No. 71839
Tambry L. Bradford, Bar No. 223282
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
*pmason@fulbright.com*
*tbradford@fulbright.com*

RICHARD J. GROOS (admitted pro hac)
**FULBRIGHT & JAWORSKI L.L.P.**
600 Congress Avenue, Suite 2400
Austin, TX 78701-2978
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
*rgroos@fulbright.com*

Attorneys for Plaintiff FARMERS GROUP, INC.

JS-6

NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS GROUP, INC,<br><br>        Plaintiff,<br><br>v.<br><br>KEVIN CHARLES DAHLKE, an individual; and KEVIN CHARLES DAHLKE dba KEVIN DAHLKE INSURANCE BROKERAGE, Defendants,<br>        Defendants.<br><br>KEVIN CHARLES DAHLKE; KEVIN CHARLES DAHLKE dba KEVIN DAHLKE INSURANCE BROKERAGE,<br><br>        Third Party Plaintiffs,<br><br>v.<br><br>UNITED FARMERS AGENTS ASSOCIATION, INC.; ROES 1-5, inclusive,<br><br>        Third Party Defendants. | Civil Action No. CV11-02296 JFW (FFMx)<br><br>The Honorable John F. Walter<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION UPON CONSENT**<br><br>Complaint Filed:   March 17, 2011<br>Discovery Cut-Off:  Jan. 3, 2012<br>Pre-Trial Conf. Date: March 30, 2012<br>Trial Date:          April 10, 2012 |

90715456.1

**FINAL JUDGMENT AND PERMANENT INJUNCTION UPON CONSENT**

Plaintiff Farmers Group, Inc. ("FGI") having filed a Complaint in this action charging defendants Kevin Charles Dahlke and Kevin Charles Dahlke dba Kevin Dahlke Insurance Brokerage (hereinafter collectively referred to as "Dahlke") with trademark infringement, unfair competition, false advertising, cyberpiracy, and unjust enrichment, and the parties desiring to resolve the controversy between them, and without admitting fault but in order to avoid the expense, time and cost of further litigation have reached a settlement of which there is a condition precedent that Dahlke consent to injunctive relief; it is

ORDERED, ADJUDGED AND DECREED as between the parties hereto that

1.  This Court has jurisdiction over the parties to this action; and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1367, and 1338.

2.  FGI owns a valid, incontestable trademark in the term "Farmers" (hereinafter the "Farmers Mark"). FGI and its affiliated companies have used the Farmers Mark in commerce since 1927 to advertise, market, promote and sell insurance products, and on June 13, 1995, FGI registered the Farmers Mark on the Principal Register of the United States Patent and Trademark Office, Reg. No. 1,899,192.

3.  Dahlke is permanently restrained and enjoined as follows:

    (a)  Dahlke shall immediately cease all use and permanently refrain from any further or future use of "Farmers" or "Farmers Agents" or "Farmers Agency" within the title and/or name designation for Dahlke's insurance products, including the Errors & Omissions insurance policy underwritten by Lexington Insurance Company (hereinafter "the Policy"), with the exception that Dahlke shall not be prohibited from designating the Policy as the "UFAA Errors & Omissions

Plan sponsored by the United Farmers Agents Association" and/or the "UFAA E&O Plan." Further, Dahlke shall not be prohibited from using "Farmers" or "Farmers Agents" or "Farmers Agency" when used to describe or refer to the Farmers Sponsored E&O plan.

(b)   Dahlke shall immediately cease all use and permanently refrain from any further or future use of the farmersagentscoverage.com domain name, and any other domain name incorporating "Farmers," and transfer the same to FGI. Notwithstanding the foregoing, Dahlke shall not be prohibited from using and/or maintaining and/or providing a link to the UFAA website.

(c)   Dahlke shall at all times be required to display the disclaimer "The products/plans advertised herein are not sponsored, approved, or endorsed by, or otherwise affiliated with, Farmers Group, Inc." on any advertising for any insurance plan or product targeted to current, former, or prospective Farmers agents, and in a font the same size as the majority of the text on such advertisement.

(d)   Dahlke shall immediately cease all use and permanently refrain from any further or future use of language stating or implying that any insurance plan or product offered by Dahlke is "preferred"(as the term is commonly understood in Merriam-Webster's dictionary) by Farmers agents or agencies. Notwithstanding the foregoing, Dahlke may describe the plan or product as a "preferred risk" as that underwriting term is commonly understood within the insurance industry to refer to an insurance plan or product for which applicants must qualify to meet certain underwriting guidelines.

(e)   Dahlke may not register, attempt to register, or maintain any registration or application for any trademark, trade name, domain name, or trade designation for any insurance plan or product containing "Farmers," with the exception that Dahlke shall not be prohibited from designating the Policy as the "UFAA Errors and Omissions Plan sponsored by the United Farmers Agents

Association" and/or the "UFAA E&O Plan." Notwithstanding the foregoing, Dahlke shall not be prohibited from using and/or maintaining and/or providing a link to the UFAA website.

4. Nothing contained herein shall be deemed an admission by Dahlke of any intentional wrongdoing.

5. The Parties shall bear their own attorneys' fees and costs associated with this Action.

6. This Final Judgment and Permanent Injunction Upon Consent shall be deemed to have been served upon Dahlke at the time of its execution by the Court.

Dated: _March 28, 2012

_____
JOHN F. WALTER
Judge of the United States District Court